LILBURN NUNNELEE, II,

     Appellant,

v.

WILLIAM BOYETTE, as Personal Representative of the Estate of LINDA CASH BOYETTE, deceased,

     Appellee.

_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2298

Opinion filed February 20, 2015.

An appeal from the Circuit Court for Escambia County.
Gary L. Bergosh, Judge.

Lilburn Nunnelee, II, pro se, Appellant.

No Appearance for Appellee.

PER CURIAM.

     AFFIRMED.

BENTON, CLARK, and ROWE, JJ., CONCUR.